**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| PHILIP STONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| REATA PHARMACEUTICALS, INC., J. | ) |
| WARREN HUFF, CHRISTY J. OLIGER, | ) |
| MARTIN W. EDWARDS, R. KENT | ) |
| MCGAUGHY, JR., SHAMIM RUFF, | ) |
| STEVEN W. RYDER, WILLIAM D. | ) |
| MCCLELLAN, JR., and WILLIAM E. ROSE, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Case No. 1:23-cv-00940-MN

JURY TRIAL DEMANDED

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  September 28, 2023

**LONG LAW, LLC**

By:   */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*